No. 974. ADAMS *v.* CITY BANK FARMERS TRUST CO. ET AL., EXECUTORS, ET AL. April 2, 1945. Petition for writ of certiorari to the Surrogate's Court of New York

County, New York, denied. *Messrs. Austin Sherman, Howard E. Reinheimer* and *A. P. G. Steffes* for petitioner. *Mr. Arthur M. Boal* for respondents.